# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5740
_____

JASON ROBERT POWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

July 15, 2019


PER CURIAM.

We find that the trial court improperly imposed a $65 court cost under section 939.185, Florida Statutes, and reverse so the trial court can amend Appellant's judgment and sentence to reflect the applicable county ordinance authorizing the additional court cost. *See Carter v. State*, 173 So. 3d 1048 (Fla. 1st DCA 2015). Because we find that the trial court did not abuse its discretion in denying Appellant's request for a jury view, in admitting photographs of the victim, or in denying Appellant's request for a special jury instruction, we affirm the judgment.

AFFIRMED in part, REVERSED in part, and REMANDED.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General, Virginia Harris, Assistant Attorney General, and Deborah Koenig, Assistant Attorney General, Tallahassee, for Appellee.